IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FIFTH DIVISION

---

| | |
|---|---|
| CRAIG McNEIL, RICHARD T. NELSON, COLE NELSON, AND AMERICAN TRAIN DISPATCHERS DIVISION OF BLE, | CIVIL NO.: 00-2649 PAM/RLE |
| Plaintiffs, | **ORDER** |
| vs. | |
| DULUTH, MISSABE AND IRON RANGE RAILROAD SYSTEM, | |
| Defendant. | |

---

Request for Extension of Disclosure Date granted, disclosures to be due April 6, 2001. All other dates remain as stated in the Scheduling Order.

Dated: 3/30/01

Raymond L. Erickson

Raymond Erickson/U.S. Magistrate Judge

(18)

FILED MAR 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK