UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Craig McNeil, Richard T. Nelson, Cole Nelson and American Train Dispatchers Division of BLE,

Plaintiff,

vs.

ORDER OF DISMISSAL

Duluth, Missabe and Iron Range Railroad System,

Defendant.

Civ. No. 00-2649 (PAM/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Judge Paul A. Magnuson
United States District Court

DATED: September 8, 2001
At St. Paul, Minnesota

SEP 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK