UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | |
|---|---|
| CRAIG McNEIL, RICHARD NELSON, COLE NELSON, AND AMERICAN TRAIN DISPATCHERS DIVISION OF BLE.<br><br>Plaintiffs,<br><br>v.<br><br>DULUTH, MISSABE AND IRON RANGE RAILROAD SYSTEM,<br><br>Defendant. | CIVIL NO. 00-2649 PAM/RLE<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Craig McNeil, Richard Nelson, Cole Nelson and the American Train Dispatchers Department of BLE (mistakenly identified in the caption of the case as a "Division" of BLE), with the consent of Defendant Duluth Missabe and Iron Range Railway Company (DM&IR), dismiss *with prejudice* this action against DM&IR, docketed at Civil No. 00-2649 PAM/RLE.

Respectfully submitted,

Charles A. Collins
CHARLES A. COLLINS, P.A.
Labor and Professional Centre
411 Main Street, Suite 410
St. Paul, MN 55102
(651) 225-1125

Attorney for Plaintiffs

Dated: January 28, 2002

By Consent:

Patrick W. Ritchey
PA I.D. No. 19924
Joseph P. McHugh
PA I.D. No. 77489

REED SMITH LLP
Firm I.D. No. 234
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3072/7236

R. Thomas Torgerson
Minnesota Attorney No. 170367
Hanft, Fride, a Professional Association
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802-2094
(218) 529-2426
Attorneys for Defendant

JAN 30 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | | |
|---|---|---|
| CRAIG McNEIL, RICHARD NELSON, COLE NELSON, AND AMERICAN TRAIN DISPATCHERS DIVISION OF BLE.<br><br>Plaintiffs,<br><br>v.<br><br>DULUTH, MISSABE AND IRON RANGE RAILROAD SYSTEM,<br><br>Defendant. | ) | CIVIL NO. 00-2649 PAM/RLE<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel that the above action has been settled, it is hereby ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE.

BY THE COURT:

Jany 30, 2002

Judge Paul A. Magnuson
United States District Court

DATED: February ____, 2002
At St. Paul, Minnesota